UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RICHARD LOVETT and RHONA B. LOVETT,

        Plaintiff,

vs.

LAW OFFICE OF CURTIS O BARNES, PC,

        Defendant.

Case No.: CV-11-0130-~~EDL~~ TEH

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  05/02/2011

_____
Honorable [signature: Judge Thelton E. Henderson]
United States District Judge

1

[Proposed] Order